# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SMITH, | 1:06-CV-01078 AWI LJO HC |
| Petitioner, | |
| v. | ORDER VACATING ORDER TO RESPOND ISSUED ON SEPTEMBER 18, 2006 |
| JEFF WRIGLEY, Warden, | [Doc. #4] |
| Respondent. | |

On September 18, 2006, this Court issued an Order directing Respondent to file a response to the Petition. At this time, the Court hereby VACATES the Order directing Respondent to file a response. A Findings and Recommendation will be issued contemporaneously with this order.

IT IS SO ORDERED.

**Dated:  October 3, 2006**                    **/s/ Lawrence J. O'Neill**
b9ed48                                                        UNITED STATES MAGISTRATE JUDGE